**RECEIVED**
MAY 28 2024
BY MAIL

4:24-cv-00651-HEA

Honorable Judge,

I hope this letter finds you well. My name is Hussein Khalaf. I am writing you from Dodge County Detention Facility in Juneau, Wisconsin State, regarding the following case:

Khalaf v. USA, No. 4:24-cv-00651-HEA

In this letter I want to mention two things:

1- I forgot to list another reason to withdraw my plea in my previous letter. This reason is, the FBI agents who searched my house on 8/25/2021, threatned me in their car that I will get 10 years in prison if I refuse to talk to them, and showed me some names (whom I forgot honestly) of who they called famous people from Ilinois, who got in prison for that. And also I was threatned with weapons when they asked me for my phone password.

2- ICE may remove me to Iraq anytime, therefore I am not sure if this will be my address anymore. Just in case you get a returned mail, and because I don't know my next address I wanted to provide my e-mail, which is: husseinkadhim19888@gmail.com

I am not sure if you are allowed to email me, but if I was removed to Iraq, and if I am still alive, that will be the best way to contact me. Thank you.

Hussev

Very Truly Yours,
Hussein Khalaf
5/14/2024

Hussein Khalaf
Dodge County Detention Facility
216 W Center St.
Juneau, WI 53039

United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

RECEIVED
MAY 28 2024
BY MAIL

ICE LEGAL MAIL

