UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HUSSEIN KADHIM ABOOD KHALAF, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:24-cv-00651-HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**Case Management Order – Track 4: §2255 Motion to Vacate**

Pursuant to the Local Rules and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri, the Court orders that the following provisions apply in this case, and will be modified only upon a showing of exceptional circumstances:

This case has been assigned to Track 4 (Administrative).

Respondent must answer the motion in writing and within 45 days of the date of this order. Respondent's answer must contain all that is required by Rule 5(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

If Movant chooses to file a reply to Respondent's answer, the reply must be filed within 60 days of the date the answer is filed.

Dated this 13th day of June, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE