BY MAIL

JUN 18 2024

RECEIVED

Honorable Henry Autrey,

I hope this letter finds you in a good health and high spirits. ICE has decided to deport me on 6/25/2024. I am writing your respected Court to request to forward any future mail regarding my case:

No. 4:24-Cv-00651-HEA

to the following address:

3714 Old Glory Loop
Powell, OH 43065

Note: my email is: husseinkadhim1988@gmail.com

Very Truly Yours,

~~Hussein~~

Hussein Khalaf
6/14/2024

Hussein Khalaf
Dodge County Detention Facility
216 W. Center St.
Juneau, WI 53039



MILWAUKEE WI 530
24 JUN 2024 PM 5 L

RECEIVED
JUN 28 2024
BY MAIL

United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

RECEIVED
BY MAIL

ICE LEGAL MAIL

63102-112894